OSCAR B. CINTAS, respondent,

*v.*

AMERICAN CAR AND FOUNDRY COMPANY, appellant.

[Decided October 15th, 1942.]

*Mr. Milton M. Unger,* for the respondent.

*Messrs. Wall, Haight, Carey & Hartpence,* for the appellant.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, whose opinion is reported at *131 N. J. Eq. 419*.

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Donges, Heher, Perskie, Porter, Colie, Dear, Wells, Rafferty, Hague, Thompson, JJ. 14.

*For reversal*—None.